IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JERRY K. LAWSON | : | CIVIL ACTION |
| | : | |
| v. | : | No. 10-1771 |
| | : | |
| PHILADELPHIA PRISON SYSTEM MENU, et al. | : | |

**ORDER**

AND NOW, this 28th day of February, 2011, it is ORDERED the above-captioned matter is DISMISSED. The Clerk of Court is DIRECTED to mark the above-captioned matter CLOSED.

BY THE COURT:

\s\ Juan R. Sánchez
Juan R. Sánchez, J.